01

02

03

04

05                         UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
06                                 AT SEATTLE

07  MICHAEL JAMES HARRIS                    )
                                            )    CASE NO. C13-2182RSL-JLW
08          Plaintiff,                      )
                                            )
09          v.                              )    ORDER AFFIRMING
                                            )    COMMISSIONER
10  CAROLYN W. COLVIN, Acting               )
    Commissioner of Social Security,        )
11                                          )
            Defendant.                      )
12  _____ )

13          The Court has reviewed the entire record, including the Administrative Record, the

14  memoranda of the parties, and the Report and Recommendation of United States Magistrate

15  Judge John L. Weinberg.   It is therefore ORDERED:

16          (1)    The Court adopts the Report and Recommendation;

17          (2)    The Court AFFIRMS the decision of the Commissioner; and

18          (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

19                 Dated this 24th day of November, 2014.

20

21                                        _____
                                          ROBERT S. LASNIK
                                          United States District Judge
22


ORDER AFFIRMING COMMISSIONER
PAGE -1